IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | § | |
|---|---|---|
| In Re: | § | |
| MERSCORP INC., ET AL., REAL | § | MDL Docket No. 1810 |
| ESTATE SETTLEMENT PROCEDURES | § | |
| ACT (RESPA) LITIGATION | § | ALL CASES |
| | § | |

**ORDER**

On February 9, 2007, the parties in the above-styled action filed proposed agendas for the Initial Pretrial Conference to be held on February 23, 2007.  Pursuant to Order No. 1, ¶ 5, the parties were directed to file all documents in "both the MDL-1810 action, as well as each and every individual MDL member case to which that document applies."  (D.E. 5, ¶ 5.)  The parties, however, filed their proposed agendas only in the MDL-1810 action, and not in any of the individual member cases.  The parties are hereby placed on notice that any future failure to file documents in accordance with this Court's orders will result in the Court striking the documents.

SIGNED and ENTERED this 20th day of February, 2007.

_____
Janis Graham Jack
United States District Judge