**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| | § | |
| In Re: | § | |
| MERSCORP INC., ET AL., REAL | § | MDL Docket No. 1810 |
| ESTATE SETTLEMENT PROCEDURES | § | |
| ACT (RESPA) LITIGATION | § | ALL CASES |
| | § | |

## ORDER NO. 4

On March 26, 2007, Plaintiffs filed a "Notification of Class Certification Intentions" (MDL Docket Entries 24-26) with regard to their causes of action under the Racketeer Influenced and Corrupt Organizations Act ("RICO").  In this notice, Plaintiffs indicate that they wish to voluntarily dismiss their RICO claims (Counts III and IV of Plaintiffs' Complaints) without prejudice.  Plaintiffs also represent that the voluntary dismissal is sought "with the stipulation of Defendants."  (See MDL Docket Entry 24-26 at 1.)  Accordingly, the Court GRANTS Plaintiffs' motion for voluntary dismissal, and Plaintiffs' RICO causes of action (Counts III and IV) are hereby DISMISSED without prejudice.

SIGNED and ENTERED this 29th day of March, 2007.

_____
Janis Graham Jack
United States District Judge