IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | § | |
|---|---|---|
| In Re: | § | |
| MERSCORP INC., ET AL., REAL | § | MDL Docket No. 1810 |
| ESTATE SETTLEMENT PROCEDURES | § | |
| ACT (RESPA) LITIGATION | § | |
| | § | |

_____

| | § | |
|---|---|---|
| RICHARD M. SMITH and AUDREY | § | |
| M. SMITH, | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| vs. | § | |
| | § | C.A. No. 07-142 |
| MERSCORP, INC. and MORTGAGE | § | |
| ELECTRONIC REGISTRATION | § | |
| SYSTEMS, INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER GRANTING MOTION FOR LEAVE TO AMEND**

On this day came on to be considered Plaintiffs Richard and Audrey Smith's "Motion for Leave to File Amended Complaint Adding Additional Plaintiffs" in the MDL-member case of <u>Smith v. MERSCORP</u>, C.A. 2:07-142 (Docket Entry 5). The Court hereby GRANTS the Plaintiffs' motion.

SIGNED and ENTERED this 29th day of March, 2007.

_____
Janis Graham Jack
United States District Judge