**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In Re: | § | |
| MERSCORP INC., ET AL., REAL | § | MDL Docket No. 1810 |
| ESTATE SETTLEMENT PROCEDURES | § | |
| ACT (RESPA) LITIGATION | § | |
| | § | |

_____

|  |  |  |
|---|---|---|
| JENNIFER CALALANG, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| vs. | § | |
| | § | C.A. No. 07-79 |
| MERSCORP, INC. and MORTGAGE | § | |
| ELECTRONIC REGISTRATION | § | |
| SYSTEMS, INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER GRANTING MOTION FOR LEAVE TO AMEND**

On this day came on to be considered Plaintiff Jennifer Calalang's "Motion for Leave to File First Amended Complaint to Add Party Plaintiffs" in the MDL-member case of Calalang v. MERSCORP, C.A. 2:07-79 (Docket Entry 17; MDL Docket Entry 32). The Court hereby GRANTS the Plaintiff's Motion.

SIGNED and ENTERED this 3rd day of April, 2007.

_____
Janis Graham Jack
United States District Judge