```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                   CORPUS CHRISTI DIVISION
```

|  |  |  |
|---|---|---|
| In Re: | § § | |
| MERSCORP INC., ET AL., REAL | § | MDL Docket No. 1810 |
| ESTATE SETTLEMENT PROCEDURES | § | |
| ACT (RESPA) LITIGATION | § § | ALL CASES |

### ORDER NO. 5

The parties are hereby ORDERED to submit proposed agendas for the Status Conference scheduled for May 18, 2007, no later than Friday May 4, 2007, at 3:00 PM.

SIGNED and ENTERED on this the 20th day of April, 2007.

_____
Janis Graham Jack
United States District Judge