IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| MERSCORP INC., ET AL., REAL | § | MDL Docket No. 1810 |
| ESTATE SETTLEMENT PROCEDURES | § | |
| ACT (RESPA) LITIGATION | § | ALL CASES |
| | § | |
| | § | |

**ORDER NO. 6**

On this day came on to be considered the Plaintiffs' unopposed motion for an extension of time (MDL-1810, D.E. 95).[1] Specifically, Plaintiffs seek a sixty-day extension of the deadline for joinder of parties, until June 26, 2007.

The Court hereby GRANTS the above-referenced motion for an extension of time (D.E. 95). The Court ORDERS that the deadline for joinder of parties for **ALL** MDL-1810 member cases is hereby extended until June 26, 2007.[2]

SIGNED and ENTERED on this the 26th day of April, 2007.

_____
Janis Graham Jack
United States District Judge

---

[1] D.E. 95 in MDL-1810 seeks relief on behalf of "Justin Papian and all Plaintiffs in the above referenced matters", and the caption of the document refers to MDL-1810 "ALL CASES". Accordingly, the Court treats the motion as if it were filed in all MDL-1810 member cases.

[2] The deadline for joinder of parties had been previously set for April 27, 2007. (MDL-1810, D.E. 14, Paragraph 7(c)).