```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                       CORPUS CHRISTI DIVISION

In Re:                              §
MERSCORP INC., ET AL., REAL         §   MDL Docket No. 1810
ESTATE SETTLEMENT PROCEDURES        §
ACT (RESPA) LITIGATION              §   ALL CASES
                                    §
                                    §
```

## ORDER NO. 8

On this day the Court held a telephone conference in the above-styled MDL action.  At that conference, the Court ORDERED that from this day forward, Ms. Melissa Berry alone shall serve as liaison counsel for the Plaintiffs.  Mr. Robert Bonsignore is no longer designated as co-liaison counsel for Plaintiffs.[1]  The Court notes that the function of liaison counsel is to serve as a communication link between the Court and attorneys for Plaintiffs and Defendants in the MDL-1810 member cases.  Liaison counsel is distinct from class counsel, and the designation of an attorney as liaison counsel has no bearing on any future designation of class counsel in this MDL action.

SIGNED and ENTERED on this the 18th day of May, 2007.

_____
         Janis Graham Jack
     United States District Judge

---

[1] Order No. 2 had previously designated Ms. Melissa Berry and Mr. Robert Bosnignore as co-liaison counsel for Plaintiffs in MDL-1810.  (MDL-1810, D.E. 14, ¶ 3).  This Order supersedes Paragraph No. 3 of Order No. 2, and Mr. Bonsignore is no longer designated as Plaintiffs' co-liaison counsel.