IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In Re: § | | |
| MERSCORP INC., ET AL., REAL § | MDL Docket No. 1810 | |
| ESTATE SETTLEMENT PROCEDURES § | | |
| ACT (RESPA) LITIGATION § | | |
| § | | |

---

| | | |
|---|---|---|
| ONETHA WARD, § | | |
| § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | | |
| § | C.A. No. C-07-30 | |
| MERSCORP INC. AND MORTGAGE § | | |
| ELECTRONIC REGISTRATION § | | |
| SYSTEMS, INC., § | | |
| § | | |
|     Defendants. § | | |

**FINAL JUDGMENT**

In accordance with the Court's Order GRANTING Plaintiff Onetha Ward's unopposed motion for voluntary dismissal (D.E. 35, Case No. 07-30), the Court hereby enters final judgment DISMISSING Case No. 07-30, <u>Ward v. Merscorp Inc., et al.</u>, without prejudice.

SIGNED and ENTERED on this the 19th day of June, 2007.

_____
Janis Graham Jack
United States District Judge