**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| MERSCORP INC., ET AL., REAL | § | MDL Docket No. 1810 |
| ESTATE SETTLEMENT PROCEDURES | § | |
| ACT (RESPA) LITIGATION | § | THIS ORDER PERTAINS TO CIVIL |
| | § | ACTION NOS.: |
| | § | |
| | § | 2:07-cv-22 |
| | § | 2:07-cv-24 |
| | § | 2:07-cv-26 |
| | § | 2:07-cv-28 |
| | § | 2:07-cv-80 |
| | § | 2:07-cv-82 |
| | § | 2:07-cv-83 |
| | § | 2:07-cv-86 |
| | § | 2:07-cv-90 |
| | § | 2:07-cv-162 |
| | § | 2:07-cv-163 |
| | § | 2:07-cv-165 |
| | § | 2:07-cv-169 |
| | § | |

**<u>FINAL JUDGMENT</u>**

In accordance with this Court's Order No. 9, ¶ 3, in the above-styled multi-district litigation, the Court hereby enters final judgment DISMISSING the following MDL-1810 member cases:

1.   <u>Kinney v. MERSCORP, Inc.</u> (Case No. 07-22);

2.   <u>Papian v. MERSCORP, Inc.</u> (Case No. 07-24);

3.   <u>Griffin v. MERSCORP, Inc.</u> (Case No. 07-26);

4.   <u>Stewart v. MERSCORP, Inc.</u> (Case No. 07-28);

5.   <u>Mitcham v. MERSCORP, Inc.</u> (Case No. 07-80);

6.   <u>Kernan v. MERSCORP, Inc.</u> (Case No. 07-82);

7.   <u>Craig v. MERSCORP, Inc.</u> (Case No. 07-83);

8.   <u>Ginn v. MERSCORP, Inc.</u> (Case No. 07-86);

9.   <u>Groenevelt v. MERSCORP, Inc.</u> (Case No. 07-90);

10.   <u>Bolton v. MERSCORP, Inc.</u> (Case No. 07-162);

11.   <u>Blaylock v. MERSCORP, Inc.</u> (Case No. 07-163);

12.   <u>Senier v. MERSCORP, Inc.</u> (Case No. 07-165); and

13.   <u>Hughes v. MERSCORP, Inc.</u> (Case No. 07-169).

SIGNED and ENTERED on this the 22nd day of June, 2007.


_____

                Janis Graham Jack
        United States District Judge