IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| MERSCORP INC., ET AL., REAL | § | MDL Docket No. 1810 |
| ESTATE SETTLEMENT PROCEDURES | § | |
| ACT (RESPA) LITIGATION | § | |

_____

| | | |
|---|---|---|
| | § | |
| KEVIN S. GRIESHABER, NIKKI L. | § | |
| GRIESHABER, and TAMARA | § | |
| WINCHESTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | C.A. No. 07-142 |
| MERSCORP, INC. and MORTGAGE | § | |
| ELECTRONIC REGISTRATION | § | |
| SYSTEMS, INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER**

On June 21, 2007, Plaintiffs in the above-styled member case filed a "Motion for Leave to File Second Amended Complaint Adding Additional Plaintiff" (Member Case Docket Entry 30; MDL Docket Entry 152). That same day, the Court entered an Order granting the Plaintiffs' motion. (See Member Case Docket Entry 31.) The Second Amended Complaint, however, contains causes of actions under the Racketeer Influenced & Corrupt Organization Act ("RICO"), (Member Case Docket Entry 32, ¶¶ 46-64), even though all Plaintiffs had agreed to dismiss the RICO claims in this MDL and the Court entered an Order granting dismissal of the RICO claims (Order No. 4, MDL Docket Entries 25-26, 28.) Accordingly, the Court hereby VACATES its previous Order granting Plaintiffs' motion for leave to file

-2-

their amended complaint (Member Case Docket Entry 31) and STRIKES Plaintiffs' Second Amended Class Action Complaint (Member Case Docket Entry 32).

SIGNED and ENTERED this 25th day of June, 2007.

_____
Janis Graham Jack
United States District Judge