IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| MERSCORP INC., ET AL., REAL | § | MDL Docket No. 1810 |
| ESTATE SETTLEMENT PROCEDURES | § | |
| ACT (RESPA) LITIGATION | § | ALL CASES |
| | § | |

## ORDER NO. 17

On March 10, 2008, the Court entered Order No. 16, stating that the Court will treat certain portions of Defendants' Response to Plaintiffs' Motion for Class Certification (hereinafter, "Response") as a motion to dismiss for failure to state a claim, under Federal Rule of Civil Procedure 12(b)(6). (MDL D.E. 254, Order No. 16). The Court notes that Defendants' Response (MDL D.E. 252) was filed only in certain MDL-1810 member cases (Knighton, et al. v. Merscorp Inc., et al. (Case No. 07-29), Burrage, et al. v. Merscorp, Inc., et al. (Case No. 07-267) and Arledge, et al. v. Merscorp, Inc., et al. (Case No. 07-269)). The Court hereby gives notice that the Court will treat the above-referenced Defendants' Response as a Rule 12(b)(6) motion to dismiss in all pending MDL-1810 member cases. All MDL-1810 member case plaintiffs who wish to respond to Defendants' motion to dismiss must file their responses by April 1, 2008.

SIGNED and ORDERED this 11th day of March, 2008.

_____
Janis Graham Jack
United States District Judge