IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| MERSCORP INC., ET AL., REAL | § | MDL Docket No. 1810 |
| ESTATE SETTLEMENT PROCEDURES | § | |
| ACT (RESPA) LITIGATION | § | ALL CASES |

## ORDER NO. 18

On this day came on to be considered Plaintiffs' motion for an extension of time to file a reply brief in support of their motion for class certification, and to respond to the pending motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).[1]  (MDL D.E. 257).

The Court hereby GRANTS Plaintiffs' motion for an extension of time.  Plaintiffs' reply in support of their motion for class certification, and Plaintiffs' responses to Defendants' Rule 12(b)(6) motion to dismiss are hereby due by April 15, 2008.[2]

The Court notes that Plaintiffs filed their motion for an extension of time in only three MDL-1810 member cases (Knighton, et al. v. Merscorp Inc., et al. (Case No. 07-29), Burrage, et al. v. Merscorp, Inc., et al. (Case No. 07-267) and Arledge, et al. v. Merscorp, Inc., et al. (Case No. 07-269)).  However, as the Court already made clear in Order No. 17, the Rule 12(b)(6) motion to dismiss is pending in all MDL-1810 member cases, not just the three cases listed above.  (Order No. 17, MDL D.E. 255).  Accordingly, the Court hereby ORDERS that this extension of time applies to all MDL-1810 member cases.  All replies in support of class

---

[1] In Order No. 16 (MDL D.E. 254), the Court gave Plaintiffs notice that the Court would treat Section IV(A)(1) of Defendants' response to Plaintiffs' motion for class certification (MDL D.E. 252) as a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss for failure to state a claim.

[2] As noted above, the Court is treating a portion of Defendants' response to Plaintiffs' motion for class certification as a Rule 12(b)(6) motion to dismiss.  (Order No. 16, MDL D.E. 254).

certification and all responses to the pending Rule 12(b)(6) motion to dismiss are due by April 15, 2008.

    SIGNED and ORDERED this 18th day of March, 2008.

                                                    _____
                                                        Janis Graham Jack
                                                  United States District Judge